IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DARICE FOWLER

        Plaintiff,

                                  Case No.   11-CV-381

v.

KRAFT FOODS GLOBAL INC.

        Defendants.

**STIPULATED NOTICE OF DISMISSAL PURSUANT TO FED R. CIV. P. 41(A)(1)(a)(ii)**

Plaintiff, Darice Fowler, ("Plaintiff") by her attorneys, Victor M. Arellano and Douglas J. Phebus, Arellano & Phebus, and defendant, Kraft Foods Global, Inc. ("Defendant"), by their attorneys, Daniel A. Kaplan and Krista J. Sterken, Foley & Lardner LLP, hereby submit this stipulated notice of voluntary dismissal pursuant to Fed. R./ Civ. P. 41(a)(1)(A)(ii) with prejudice and without fees and costs to any party.

Dated: 4/5/12                        ARELLANO & PHEBUS, S.C.

                                              s/ Douglas J. Phebus
                                              Douglas J. Phebus
                                              State Bar No. 1029524
                                              1468 N. High Point Road, Suite 202
                                              Middleton, WI  53562
                                              (608) 827-7680

Dated: 4/5/12                          FOLEY & LARDNER, LLP

                                       s/ Daniel A. Kaplan
                                       Daniel A. Kaplan
                                       Foley & Lardner, LLP
                                       150 E. Gilman Street
                                       Madison WI 53703-1481
                                       (608) 458-4231